# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Crim. No. 16-00117-01-CR-W-HFS |
| ) | |
| v. ) | |
| ) | |
| Michael L. Pazienza, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having reviewed the record, including the Forensic Report dated July 12, 2016, I accept the Report and Recommendation (Doc. 21) and find the defendant Pazienza is not suffering from mental disease or defect that would prevent him from understanding the nature and consequences of the proceeding against him or assisting in his defense, and that he is therefore competent to proceed as a defendant in this case.

/s/ Howard F. Sachs
HOWARD F. SACHS
United States District Court Judge

October 17, 2016

Kansas City, Missouri